ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
VALERIE L. MAKAREWICZ
Assistant United States Attorney
SBN 229637
  Room 7211, Federal Building
  300 North Los Angeles Street
  Los Angeles, California  90012
  Telephone:  (213) 894-2729
  Facsimile:  (213) 894-0115
  Email: valerie.makarewicz@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  SACV 10-1398 AG (MGLx) |
| | ) | |
| Petitioner, | ) | ORDER TO SHOW CAUSE |
| | ) | |
| vs. | ) | |
| | ) | |
| VIVIAN GAGLIARDINO | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Upon the Petition and supporting Memorandum of Points and

Authorities, and the supporting Declaration to the Petition, the

Court finds that Petitioner has established its *prima facie* case

for judicial enforcement of the subject Internal Revenue Service

("IRS" and "Service") summonses.  *See* United States v. Powell,

379 U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964); *see also*

Crystal v. United States, 172 F.3d 1141, 1143-1144 (9th Cir.

1999); United States v. Jose, 131 F.3d 1325, 1327 (9th Cir.

1997); Fortney v. United States, 59 F.3d 117, 119-120 (9th Cir.

1

1995) (the Government's *prima facie* case is typically made
through the sworn declaration of the IRS agent who issued the
summons); *accord*, <u>United States v. Gilleran</u>, 992 F.2d 232, 233
(9th cir. 1993).

**THEREFORE**, **IT IS ORDERED** that Respondent appear before this
District Court of the United States for the Central District of
California in Courtroom No. 10D,

\_\_\_\_\_   United States Courthouse
            312 North Spring Street,
            Los Angeles, California 90012

\_\_\_\_\_   Roybal Federal Building and United States Courthouse
            255 E. Temple Street,
            Los Angeles, California 90012

**\_\_XX   Ronald Reagan Federal Building and United States Courthouse**
**411 West Fourth Street,**
**Santa Ana, California 92701**

\_\_\_\_\_   Brown Federal Building and United States Courthouse
            3470 Twelfth Street, Riverside, California 92501

on January 31, 2011, at 10:00 a.m.
and show cause why the testimony and production of books, papers,
records and other data demanded in the subject Internal Revenue
Service summonses should not be compelled.

**IT IS FURTHER ORDERED** that copies of this Order, the
Petition, Memorandum of Points and Authorities, and accompanying
Declaration be served promptly upon Respondent by any employee of
the Internal Revenue Service or by the United States Attorney's
Office, by personal delivery, or by leaving copies of each of the
foregoing documents at the Respondent's dwelling or usual place

of abode with someone of suitable age and discretion who resides there, or by certified mail.

**IT IS FURTHER ORDERED** that within ten (10) days after service upon Respondent of the herein described documents, Respondent shall file and serve a written response, supported by appropriate sworn statements, as well as any desired motions. If, prior to the return date of this Order, Respondent files a response with the Court stating that Respondent does not desire to oppose the relief sought in the Petition, nor wish to make an appearance, then the appearance of Respondent at any hearing pursuant to this Order to Show Cause is excused, and Respondent shall be deemed to have complied with the requirements of this Order.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

**IT IS FURTHER ORDERED** that all motions and issues raised by the pleadings will be considered on the return date of this Order.


DATED: This 10th day of December, 2010


_____
ANDREW J. GUILFORD
United States District Judge

Presented By:

ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division


_____
VALERIE L. MAKAREWICZ
Assistant United States Attorney
Attorneys for United States of America
Petitioner