1  ANDRÉ BIROTTE JR.
   United States Attorney
2  SANDRA R. BROWN
   Assistant United States Attorney
3  Chief, Tax Division
   VALERIE L. MAKAREWICZ                    JS - 6
4  Assistant United States Attorney
   SBN 229637
5    Room 7211, Federal Building
     300 North Los Angeles Street
6    Los Angeles, California  90012
     Telephone:  (213) 894-2729
7    Facsimile:  (213) 894-0115
     Email: valerie.makarewicz@usdoj.gov
8
   Attorneys for United States of America
9

10                 UNITED STATES DISTRICT COURT

11               CENTRAL DISTRICT OF CALIFORNIA

12                     SOUTHERN DIVISION

13

14  UNITED STATES OF AMERICA,      ) Case No. SA CV 10-1398 AG (MLGx)
                                   )
15              Petitioner,        ) ORDER DISMISSING PETITION TO
                                   ) ENFORCE INTERNAL REVENUE SERVICE
16       vs.                       ) SUMMONS
                                   )
17  VIVIAN GAGLIARDINO             )
                                   ) [Rule 41(a)(1) F.R.C.P.]
18              Respondent.        )
                                   )
19                                 )
                                   )
20                                 )
                                   )
21  _____)

22

23

24

25

26

27

28

                            1

1       Based upon the NOTICE OF VOLUNTARY DISMISSAL OF PETITION TO

2   ENFORCE INTERNAL REVENUE SERVICE SUMMONS, and for good cause

3   therein, the Court hereby orders that the PETITION TO ENFORCE

4   INTERNAL REVENUE SERVICE SUMMONS, filed on September 15, 2010, is

5   dismissed, without prejudice.

6       **IT IS SO ORDERED.**

7   January 6, 2011

8                                    _____

                                 ANDREW J. GUILFORD

9                                    UNITED STATES DISTRICT JUDGE

10

11  Respectfully submitted,

12  ANDRÉ BIROTTE JR.
    United States Attorney

13  SANDRA R. BROWN
    Assistant United States Attorney

14  Chief, Tax Division

15  _____

    VALERIE L. MAKAREWICZ

16  Assistant United States Attorney
    Attorneys for United States of America

17

18

19

20

21

22

23

24

25

26

27

28